UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-107-MOC-DCK-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) ORDER |
| | ) |
| **AMINTA ASHLEY SMITH,** | ) |
| Defendant. | ) |

**THIS MATTER** is before the court on the Government's Unopposed Motion for a Peremptory Trial Setting. (Doc. No. 29). Having considered the motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS ORDERED** that the Government's Unopposed Motion for a Peremptory Trial Setting is **DENIED** at this time. The parties may revisit the issue at the May 20 calendar call. As the Government has noted in its motion, one other criminal trial is currently peremptorily set to begin May 20, and the court currently has numerous remaining trials on the calendar. The Court advises the parties that the court will likely try the cases on the May 20 calendar in the order of oldest to newest.

Signed: May 9, 2019

Max O. Cogburn Jr
United States District Judge